JOHN GALLOWAY, PETITIONER-RESPONDENT, v. FORD MOTOR COMPANY, RESPONDENT-PETITIONER.

See same case below: 7 *N. J. Super*. 18.

*Messrs. McCarter, English & Studer* and *Mr. Verling C. Enteman* for the petitioner.

*Mr. David Roskein* and *Mr. John A. Laird* for the respondent.

June 26, 1950. Granted.

FORD MOTOR COMPANY, APPELLANT-PETITIONER, v. NEW JERSEY DEPARTMENT OF LABOR AND INDUSTRY, ET AL., RESPONDENTS-RESPONDENTS.

See same case below: 7 *N. J. Super*. 30.

*Mr. Eugene L. Lora* and *Mr. Josiah Stryker* for the petitioner.

*Messrs. Rothbard, Harris & Oxfeld, Mr. Samuel L. Rothbard, Mr. Abraham L. Friedman, Mr. Harry J. Wiener* and *Mr. Clarence F. McGovern* for the respondents.

June 26, 1950. Granted.